O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY, a Maryland corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 10-06924 DDP (PLAx) **ORDER TO SHOW CAUSE REGARDING AMOUNT IN CONTROVERSY** |
| Plaintiff, | | |
| v. | | |
| ROSARIO MONTENEGRO, | | |
| Defendant. | | |
| _____ | | |

It is not clear to the Court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the court orders the Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. The parties are ordered to file cross-briefs, not to exceed ten pages, by no later than Friday, February 25, 2011, at two o'clock p.m. If a party does not file a brief, the court will regard that party as not opposing dismissal of this matter.

///

///

```
1  Plaintiff is ordered to serve Defendants with a copy of this Order
2  forthwith.
3
4
   IT IS SO ORDERED.
5
6
7
   Dated: February 9, 2011
8                                           DEAN D. PREGERSON
                                            United States District Judge
9
10
...
28
```